The MISCHER CORPORATION and
Mischer Enterprises, Inc.

v.

HEIL–QUAKER CORPORATION,
Keeprite Inc. and Inter–City
Gas Corporation.

No. D–4582.

Supreme Court of Texas.

May 25, 1994.

Joint motion to settle filed herein on May 16, 1994, is granted. Application for writ of error is granted without reference to the merits; the judgments of the courts below are set aside without reference to the merits, and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties.